UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

ROBERT GOLDER,            )
                          )
         Petitioner,      )
                          )
v.                        )   No. 1:05-CV-1431-SEB-VSS
                          )
TOM HANLON,               )
                          )
         Respondent.      )

## J U D G M E N T

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the petitioner take nothing by his petition for a writ of habeas corpus and this action is **dismissed with prejudice.**

Date: 01/06/2006

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copies to:

Robert Golder
DOC #910194
Correctional Industrial Facility
P.O. Box 601
Pendleton, IN 46064

Office of the Indiana Attorney General
Indiana Government Center South, Fifth Floor
402 West Washington Street
Indianapolis, IN 46204-2770